**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Ms. Gulê Sheikh, ) | No. 1:17-cv-8144 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Markable, Inc., as successor in ) | |
| Interest of Tagwire Media, LLC, ) | |
| ) | |
| Defendant. ) | |

**Notice of E-Filing**

To:     Yanling Jiang
        JiangIP LLC
        233 South Wacker Drive, 84th Floor
        Chicago, IL 60606
        yanling@jiangip.com

PLEASE TAKE NOTICE that on **December 20, 2017**, the undersigned caused the attached **Certificate of Service** to be electronically filed via the Clerk of The Circuit Court e-system, which is hereby served upon you.

Respectfully submitted,

/s/Alexander I. Passo
Alexander I. Passo
Patterson Law Firm, LLC
One North LaSalle Street, Suite 2100
Chicago, IL 60602
Tel.  312-223-1699
Fax. 312-223-8549
Firm I.D.: 45052
apasso@pattersonlawfirm.com
Attorney for Plaintiff

**Certificate of Service**

The undersigned, an attorney, does hereby certify that he caused a true and correct copy of the foregoing **Plaintiff's Responses to the E-Discovery Program's Standard Interrogatories** to be served upon the following by electronic mail and via first class United States Mail by depositing the same in the U.S. mail at One North LaSalle, Suite 2100, Chicago, IL 60602, which was addressed to counsel of record on December 20th, 2017, with proper postage prepaid:

> Yanling Jiang
> JiangIP LLC
> 233 South Wacker Drive, 84th Floor
> Chicago, IL 60606
> yanling@jiangip.com

/s/Alexander I. Passo